**SHUFFLE MASTER, INC.,
Plaintiff–Appellant,**

v.

**VENDINGDATA CORPORATION (now known as Elixir Gaming Technologies, Inc.), Defendant–Appellee.**

No. 2008–1239.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2009.

ON MOTION

*ORDER*

Upon consideration of Shuffle Master, Inc.'s unopposed motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.